No. 02–11172. DI NARDO ET AL. *v.* CROW, JUDGE, CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–11174. BENNETT *v.* OREGON. C. A. 9th Cir. Certiorari denied.

No. 02–11175. LARSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11176. IBRAHIM *v.* IBRAHIM ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–11177. BARBER *v.* VAZQUEZ, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–11178. ALEX *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–11179. AYON-ENCINAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11180. BAILEY *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11181. ELLIOTT *v.* DRUG ENFORCEMENT ADMINISTRATION. C. A. D. C. Cir. Certiorari denied.

No. 02–11182. DUARTE *v.* UNITED STATES. C. A. 2d Cir. *Certiorari denied.*

No. 02–11183. COX *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–11184. CORNEJO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11185. BOWMAN *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 02–11186. MILLER *v.* DRAGOVICH, SUPERINTENDENT, MUNCY STATE CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.